ACCEPTED
06-18-00034-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
5/11/2018 11:57 AM
DEBBIE AUTREY
CLERK

IN THE COURT OF APPEALS
Sixth Appellate District
State of Texas

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

5/11/2018 11:57:32 AM

DEBBIE AUTREY
Clerk

BOBBY RAY TURNER,
          Appellant

v.

STATE OF TEXAS,
          Appellee

NO. 06-18-00034-CR
Trial Court #16F0481-102

## MOTION FOR EXTENSION
## OF TIME TO FILE APPELLANT'S BRIEF

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW **Bobby Ray Turner**, Appellant, by and through his below named Attorney and pursuant to Texas Rules of Appellate Procedure, hereby requests an extension of the time period for the filing of the Appellant's Brief and in support of same would show the Court as follows:

I.

A.    This case is pending from the 102nd Judicial District Court of Bowie County, Texas. The date of the Judgment is February 13, 2016, with sentence being imposed by the trial court on February 13, 2016.

B.    The case was styled, "State of Texas v. Bobby Ray Turner, Cause No. 16F0481-102.

C.    Appellant was convicted of the offense of Burglary of Habitation with

Prior Felony Conviction.

D.      Punishment was assessed by the jury to 20 years in the Institutional Division of the Texas Department of Criminal Justice.

E.      The Appellant's Brief is due to be filed May 8, 2018.

F.      Appellant requests an extension of the filing of Appellant's Brief for Three days, making the Appellant's Brief due on May 11, 2018.

G.      Appellant's attorney has been diligent in researching and preparing the Appellant's brief for the Court.  On May 6, 2018, Appellant's counsel's brother in law was found deceased in his home in Texarkana.  He was without any other family in the area, and Appellant's counsel and wife were required to make arrangements, secure his property and notify family who live out of town.

H.      There has been one previous requests for extensions in this cause.

I.      Counsel for Appellant has contacted the Assistant Criminal District Attorney for Bowie County, Texas, who is assigned to this matter and he has no objection to the request of the Appellant.

II.

Appellant's attorney has been diligent in pursuing this appeal and is not seeking this extension for the purpose of delay.

PRAYER

WHEREFORE, on the basis of the Texas Rules of Appellate Procedure, Appellant's attorney respectfully requests this Court to grant the Motion for Extension of Time for the filing of Appellant's Brief.

Respectfully submitted,

*Alwin A. Smith*
Alwin A. Smith
TBN: 18532200
al@alwinsmith.com
602 Pine Street
Texarkana, Texas 75501
903/792-1608
903/792-0899 Fax

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above and foregoing Motion for Extension of Time to File Appellant's Brief has been forwarded to Randle Smolarz, 601 Main Street, Texarkana, Texas, on this the 11th day of May 2018.

*Alwin A*. Smith
Alwin A. Smith